# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0990
LT Case Nos. 2020-CF-469-A
2020-CF-257-B
2020-CF-2366-A

_____

MALIK MACK,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa Herndon, Judge.

Malik Mack, Trenton, pro se.

No Appearance for Appellee.


June 18, 2024


PER CURIAM.

   AFFIRMED.


WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____